**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00120-RBJ-04

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. NEIL PERKINS,
2. PATRICK WILLIAMS,
3. FRANK BEDOLOTO,
**4. POWERLAB NUTRITION LLC**, and
5. REACTION NUTRITION LLC

     Defendants.

_____

**GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE
INDICTMENT AS TO POWERLAB NUTRITION LLC**

_____

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to enter an Order dismissing without prejudice Counts 6, 7, 8 and 9 of the Indictment against defendant Powerlab Nutrition LLC only, at the time of sentencing.   The government makes this request pursuant to a plea agreement with defendant which resulted in a plea of "guilty" on Count 1 of the Indictment by the defendant on August 23, 2016.   Counsel for the defendant has been advised of this motion and does not object.

WHEREFORE, the government requests this Court dismiss without prejudice Counts 6, 7, 8 and 9 of the Indictment against the defendant, Powerlab Nutrition LLC, at the time of its sentencing.

Respectfully submitted this 3rd day of October, 2016.

ROBERT C. TROYER
Acting United States Attorney


By *s/ Jaime Pena*
JAIME PENA
Assistant United States Attorney
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO 80202
Telephone (303) 454-0100
Fax (303) 454-0401
E-mail: Jaime.Pena2@usdoj.gov
Attorney for the Government

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS of the INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of the same to any and all counsel of record.

*s/ Dee Boucher*
United States Attorney's Office